# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

DEIDRE PIERRE

VERSUS

LOUISIANA DEPARTMENT OF
PUBLIC SAFETY AND
CORRECTIONS

NO.  2020 CW 0940

**NOVEMBER 09, 2020**

---

In Re:    Deidre Pierre, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 653731.

---

**BEFORE:    GUIDRY, McCLENDON, AND LANIER, JJ.**

**WRIT GRANTED WITH ORDER.**  This court dismissed defendant's appeal on September 2, 2020 in 2020 CA 0482.  Accordingly, the trial court is instructed to proceed with disposition of the Motion for Judgment of the Pleadings and Motion to Tax Costs filed by plaintiff, Deidre Pierre, on July 29, 2019.

**JMG**
**PMc**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT